**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: PELISEK, ROBERT A.<br>PELISEK, DEBRA E.<br><br>Debtor(s) | § Case No. 10-70148<br>§<br>§<br>§ |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 19, 2010. The undersigned trustee was appointed on March 24, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $_____10,001.06

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 10,001.06 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 06/10/2010 and the deadline for filing governmental claims was 06/10/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.11. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.11, for a total compensation of $1,750.11.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/03/2011          By: /s/ JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-70148  
Case Name: PELISEK, ROBERT A.  
                PELISEK, DEBRA E.  
Period Ending: 02/03/11

Trustee: (330420) JAMES E. STEVENS  
Filed (f) or Converted (c): 01/19/10 (f)  
§341(a) Meeting Date: 02/18/10  
Claims Bar Date: 06/10/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 549 Kennedy St, Marengo,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 185,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1/3 interest in Cabin in Rhinelander,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 15,000.00 | 10,000.00 | DA | 10,000.00 | FA |
| 3 | Cash on Hand<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 75.00 | 0.00 | DA | 0.00 | FA |
| 4 | Fifth/Third Bank Checking Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 260.00 | 0.00 | DA | 0.00 | FA |
| 5 | Bedroom set, Kitchen table and chairs,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Pictures, CDs, and Taxidermy items.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 325.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing and Personal Effects<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding ring and costume jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1 Shotgun, 3 Rifles, 1 Gun Safe<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 625.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2004 Chevy Silverado<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 7,580.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2007 Chevy Malibu mileage 51,292<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10,015.00 | 0.00 | DA | 0.00 | FA |
| 12 | 3 Dogs<br>Orig. Asset Memo: Imported from original petition | 15.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-70148  
**Case Name:** PELISEK, ROBERT A.  
PELISEK, DEBRA E.  
**Period Ending:** 02/03/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 01/19/10 (f)  
**§341(a) Meeting Date:** 02/18/10  
**Claims Bar Date:** 06/10/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 1 |  |  |  |  |  |
| Int | INTEREST (u) | Unknown | N/A |  | 1.06 | Unknown |
| 13 | Assets     Totals (Excluding unknown values) | $220,795.00 | $10,000.00 |  | $10,001.06 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** February 28, 2011     **Current Projected Date Of Final Report (TFR):** February 4, 2011 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-70148 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | PELISEK, ROBERT A. | | Bank Name: | The Bank of New York Mellon |
| | PELISEK, DEBRA E. | | Account: | 9200-******26-65 - Money Market Account |
| Taxpayer ID #: | **-***7056 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 02/03/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/27/10 | {2} | Robert and Janice Pelisek | payment 1/3rd interest in Wisconsin property | 1110-000 | 10,000.00 | | 10,000.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 10,000.07 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,000.66 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.74 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.82 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.90 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.98 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,001.06 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 10,001.06 | 0.00 | $10,001.06 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 10,001.06 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $10,001.06 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******26-65 | 10,001.06 | 0.00 | 10,001.06 |
| | $10,001.06 | $0.00 | $10,001.06 |

{} Asset reference(s)

Printed: 02/03/2011 03:29 PM    V.12.56

Printed: 02/03/11 03:29 PM

## Claims Distribution Register

Page: 1

### Case: 10-70148  PELISEK, ROBERT A.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 01/19/10 | 200 | Barrick, Switzer Law Firm<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | 1,630.00 | 1,630.00 | 0.00 | 1,630.00 | 1,630.00 |
| | 01/19/10 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00 Trustee Compensation> | 1,750.11 | 1,750.11 | 0.00 | 1,750.11 | 1,750.11 |
| | | | **Total for Priority 200:  100% Paid** | $3,380.11 | $3,380.11 | $0.00 | $3,380.11 | $3,380.11 |
| | | | **Total for Admin Ch. 7 Claims:** | $3,380.11 | $3,380.11 | $0.00 | $3,380.11 | $3,380.11 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 03/16/10 | 610 | Meadows Credit Union<br>3350 Salt Creek Ln, Suite 100<br>Arlington Height, IL 60005<br><7100-00 General Unsecured § 726(a)(2)> | 10,394.97 | 10,394.97 | 0.00 | 10,394.97 | 789.31 |
| 2 | 03/25/10 | 610 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br><7100-00 General Unsecured § 726(a)(2)> | 32,488.51 | 32,488.51 | 0.00 | 32,488.51 | 2,466.90 |
| 3 | 04/12/10 | 610 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00 General Unsecured § 726(a)(2)> | 7,691.78 | 7,691.78 | 0.00 | 7,691.78 | 584.05 |
| 4 | 05/19/10 | 610 | Infibank - One Card<br>Cardmember Services<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197<br><7100-00 General Unsecured § 726(a)(2)> | 5,967.58 | 5,967.58 | 0.00 | 5,967.58 | 453.13 |
| 5 | 06/03/10 | 610 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-00 General Unsecured § 726(a)(2)> | 30,653.39 | 30,653.39 | 0.00 | 30,653.39 | 2,327.56 |
| | | | **Total for Priority 610:  7.59316% Paid** | $87,196.23 | $87,196.23 | $0.00 | $87,196.23 | $6,620.95 |
| | | | **Total for Unsecured Claims:** | $87,196.23 | $87,196.23 | $0.00 | $87,196.23 | $6,620.95 |
| | | | **Total for Case :** | $90,576.34 | $90,576.34 | $0.00 | $90,576.34 | $10,001.06 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-70148
Case Name: PELISEK, ROBERT A.
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 10,001.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,001.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,750.11 | 0.00 | 1,750.11 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 1,630.00 | 0.00 | 1,630.00 |

Total to be paid for chapter 7 administration expenses: $ 3,380.11
Remaining balance: $ 6,620.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,620.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,620.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 87,896.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Meadows Credit Union | 10,394.97 | 0.00 | 789.31 |
| 2 | Capital One Bank (USA), N.A. | 32,488.51 | 0.00 | 2,466.90 |
| 3 | American Express Centurion Bank | 7,691.78 | 0.00 | 584.05 |
| 4 | Infibank - One Card | 5,967.58 | 0.00 | 453.13 |
| 5 | Fia Card Services, NA/Bank of America | 30,653.39 | 0.00 | 2,327.56 |

Total to be paid for timely general unsecured claims: $ 6,620.95
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**