**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: PELISEK, ROBERT A.  §  | Case No. 10-70148 |
| PELISEK, DEBRA E.  § | |
| § | |
| Debtor(s)  § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/16/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/03/2011          By:  /s/JAMES E. STEVENS
                                                                                                                                                                                        Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: PELISEK, ROBERT A. § Case No. 10-70148
PELISEK, DEBRA E. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 10,001.06 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 10,001.06 |
| **Balance on hand:** | $ 10,001.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,001.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 1,750.11 | 0.00 | 1,750.11 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 1,630.00 | 0.00 | 1,630.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 3,380.11 |
| Remaining balance: | $ 6,620.95 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $     6,620.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $     6,620.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,196.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Meadows Credit Union | 10,394.97 | 0.00 | 789.31 |
| 2 | Capital One Bank (USA), N.A. | 32,488.51 | 0.00 | 2,466.90 |
| 3 | American Express Centurion Bank | 7,691.78 | 0.00 | 584.05 |
| 4 | Infibank - One Card | 5,967.58 | 0.00 | 453.13 |
| 5 | Fia Card Services, NA/Bank of America | 30,653.39 | 0.00 | 2,327.56 |

Total to be paid for timely general unsecured claims:   $     6,620.95
Remaining balance:   $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett              Page 1 of 1                   Date Rcvd: Feb 15, 2011
Case: 10-70148                Form ID: pdf006             Total Noticed: 19

The following entities were noticed by first class mail on Feb 17, 2011.
db/jdb         +Robert A. Pelisek,    Debra E. Pelisek,    549 Kennedy Street,    Marengo, IL 60152-9045
aty            +Laurence A Wilbrandt,    Laurence A. Wilbrandt, Ltd.,    65 South Virginia St.,
                 Crystal Lake, IL 60014-5854
tr             +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                 Rockford, IL 61108-2579
14973549       +American Express,   c/o James A. West, P.C.,    6380 Rogerdale Rd., Suite 130,
                 Houston, TX 77072-1647
15398560        American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
15015478       +American Express Centurion Bank,    c/o Becket and Lee LLP,    P O Box 3001,
                 Malvern, PA 19355-0701
14973550        Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
14973551        Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
15317762        Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
                 Oklahoma City, OK 73124-8839
14973552        Citizens Auto,    P.O. Box 42113,    Providence, RI 02940-2113
14973553        GMAC,   P.O. Box 380902,    Bloomington, MN 55438-0902
15597798       +Infibank - One Card,    Cardmember Services,    1620 Dodge St., Stop Code 3105,
                 Omaha, NE 68197-0003
14973555       +Meadows Credit Union,    3350 Salt Creek Ln, Suite 100,    Arlington Height, IL 60005-5004
14973554        Meadows Credit Union,    c/o C.U. Recovery, Inc.,    26263 Forest Blvd.,    Wyoming, MN 55092-8033
14973558       +Robert H. Pelisek,    1308 Adams Street,    Lake In The Hill, IL 60156-1042
14973559       +St. Alexis Medical Center,    3040 Salt Creek Lane,    Arlington Height, IL 60005-1069
14973560        VISA,   P.O. Box 2858,    Omaha, NE 68103-2858
14973561        Wells Fargo Mortgage,    P.O. Box 10368,    Des Moines, IA 50306-0368
The following entities were noticed by electronic transmission on Feb 15, 2011.
15669970        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 16 2011 00:10:09
                 Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                 Oklahoma City, OK 73124-8809
                                                                                               TOTAL: 1
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                 Rockford, Il 61108-2579
14973557*      +Debra E. Pelisek,    549 Kennedy Street,    Marengo, IL 60152-9045
14973556*      +Robert A. Pelisek,    549 Kennedy Street,    Marengo, IL 60152-9045
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 17, 2011**            **Signature:** *Joseph Speetjens*