**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PELISEK, ROBERT A. | § | Case No. 10-70148 |
| PELISEK, DEBRA E. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $220,795.00 *(without deducting any secured claims)* | Assets Exempt: $38,000.00 |
| Total Distribution to Claimants: $6,621.06 | Claims Discharged Without Payment: $91,004.73 |
| Total Expenses of Administration: $3,380.11 | |

3) Total gross receipts of $ 10,001.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,001.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $226,710.15 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,380.11 | 3,380.11 | 3,380.11 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 20,478.88 | 87,196.23 | 87,196.23 | 6,621.06 |
| **TOTAL DISBURSEMENTS** | $247,189.03 | $90,576.34 | $90,576.34 | $10,001.17 |

4) This case was originally filed under Chapter 7 on January 19, 2010. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/21/2011         By: /s/JAMES E. STEVENS
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/3 interest in Cabin in Rhinelander, | 1110-000 | 10,000.00 |
| Interest Income | 1270-000 | 1.17 |
| **TOTAL GROSS RECEIPTS** | | **$10,001.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | GMAC | 4110-000 | 8,997.10 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Mortgage | 4110-000 | 201,630.16 | N/A | N/A | 0.00 |
| NOTFILED | Robert H. Pelisek | 4110-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Auto | 4110-000 | 11,082.89 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$226,710.15** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,750.11 | 1,750.11 | 1,750.11 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 1,630.00 | 1,630.00 | 1,630.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 3,380.11 | 3,380.11 | 3,380.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Meadows Credit Union | 7100-000 | 10,049.32 | 10,394.97 | 10,394.97 | 789.33 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 32,488.51 | 32,488.51 | 2,466.94 |
| 3 | American Express Centurion Bank | 7100-000 | N/A | 7,691.78 | 7,691.78 | 584.06 |
| 4 | Infibank - One Card | 7100-000 | N/A | 5,967.58 | 5,967.58 | 453.13 |
| 5 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 30,653.39 | 30,653.39 | 2,327.60 |
| NOTFILED | Robert H. Pelisek | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexis Medical Center | 7100-000 | 275.21 | N/A | N/A | 0.00 |
| NOTFILED | Meadows Credit Union c/o C.U. Recovery, Inc. | 7100-000 | 154.35 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 20,478.88 | 87,196.23 | 87,196.23 | 6,621.06 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
### Asset Cases

Case Number: 10-70148
Case Name: PELISEK, ROBERT A.
PELISEK, DEBRA E.
Period Ending: 04/21/11

Trustee:    (330420)    JAMES E. STEVENS
Filed (f) or Converted (c):  01/19/10 (f)
§341(a) Meeting Date:  02/18/10
Claims Bar Date:  06/10/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 549 Kennedy St, Marengo,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 185,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1/3 interest in Cabin in Rhinelander,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 15,000.00 | 10,000.00 | DA | 10,000.00 | FA |
| 3 | Cash on Hand<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 75.00 | 0.00 | DA | 0.00 | FA |
| 4 | Fifth/Third Bank Checking Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 260.00 | 0.00 | DA | 0.00 | FA |
| 5 | Bedroom set, Kitchen table and chairs,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Pictures, CDs, and Taxidermy items.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 325.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing and Personal Effects<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding ring and costume jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1 Shotgun, 3 Rifles, 1 Gun Safe<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 625.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2004 Chevy Silverado<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 7,580.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2007 Chevy Malibu mileage 51,292<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10,015.00 | 0.00 | DA | 0.00 | FA |
| 12 | 3 Dogs<br>Orig. Asset Memo: Imported from original petition | 15.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-70148
**Case Name:** PELISEK, ROBERT A.
PELISEK, DEBRA E.
**Period Ending:** 04/21/11

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 01/19/10 (f)
**§341(a) Meeting Date:** 02/18/10
**Claims Bar Date:** 06/10/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 1 | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 1.17 | FA |
| 13 | Assets Totals (Excluding unknown values) | $220,795.00 | $10,000.00 | | $10,001.17 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** February 28, 2011    **Current Projected Date Of Final Report (TFR):** February 4, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-70148 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | PELISEK, ROBERT A. | | Bank Name: | The Bank of New York Mellon |
| | PELISEK, DEBRA E. | | Account: | 9200-*******26-65 - Money Market Account |
| Taxpayer ID #: | **-***7056 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 04/21/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/27/10 | {2} | Robert and Janice Pelisek | payment 1/3rd interest in Wisconsin property | 1110-000 | 10,000.00 | | 10,000.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 10,000.07 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,000.66 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.74 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.82 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.90 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.98 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,001.06 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,001.13 |
| 03/16/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 10,001.17 |
| 03/16/11 | | To Account #9200*******2666 | transfer to close money market | 9999-000 | | 10,001.17 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,001.17 | 10,001.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,001.17 | |
| | | | Subtotal | | 10,001.17 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,001.17 | $0.00 | |

{} Asset reference(s)

Printed: 04/21/2011 01:50 PM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-70148 | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|
| Case Name: | PELISEK, ROBERT A. | Bank Name: | The Bank of New York Mellon |
| | PELISEK, DEBRA E. | Account: | 9200-******26-66 - Checking Account |
| Taxpayer ID #: | **-***7056 | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 04/21/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/11 | | From Account #9200******2665 | transfer to close money market | 9999-000 | 10,001.17 | | 10,001.17 |
| 03/17/11 | 101 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $1,630.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,630.00 | 8,371.17 |
| 03/17/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,750.11, Trustee Compensation; Reference: | 2100-000 | | 1,750.11 | 6,621.06 |
| 03/17/11 | 103 | Meadows Credit Union | Dividend paid 7.59% on $10,394.97; Claim# 1; Filed: $10,394.97; Reference: | 7100-000 | | 789.33 | 5,831.73 |
| 03/17/11 | 104 | Capital One Bank (USA), N.A. | Dividend paid 7.59% on $32,488.51; Claim# 2; Filed: $32,488.51; Reference: | 7100-000 | | 2,466.94 | 3,364.79 |
| 03/17/11 | 105 | American Express Centurion Bank | Dividend paid 7.59% on $7,691.78; Claim# 3; Filed: $7,691.78; Reference: | 7100-000 | | 584.06 | 2,780.73 |
| 03/17/11 | 106 | Infibank - One Card | Dividend paid 7.59% on $5,967.58; Claim# 4; Filed: $5,967.58; Reference: | 7100-000 | | 453.13 | 2,327.60 |
| 03/17/11 | 107 | Fia Card Services, NA/Bank of America | Dividend paid 7.59% on $30,653.39; Claim# 5; Filed: $30,653.39; Reference: | 7100-000 | | 2,327.60 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 10,001.17 | 10,001.17 | $0.00 |
| Less: Bank Transfers | 10,001.17 | 0.00 | |
| Subtotal | 0.00 | 10,001.17 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $10,001.17 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******26-65 | 10,001.17 | 0.00 | 0.00 |
| Checking # 9200-******26-66 | 0.00 | 10,001.17 | 0.00 |
| | $10,001.17 | $10,001.17 | $0.00 |

{} Asset reference(s)

Printed: 04/21/2011 01:50 PM V.12.56

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
March 1 - March 31, 2011

**10-70148**
**PELISEK, ROBERT A., DEBTOR**
**JAMES E STEVENS (0000330420)**
**TRUSTEE**
6833 STALTER DRIVE
ROCKFORD, IL 61108

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

## CONSOLIDATED BALANCE SUMMARY

|  | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** |  |  |  |
| 92005384552666 |  | $0.00 | $0.00 |
| **MONEY MARKET ACCOUNT** |  |  |  |
| 92005384552665 |  | $10,001.13 | $0.00 |
| **Total** |  | $10,001.13 | $0.00 |

### Important Information Regarding Your Account

TIP: YOU CAN NOW CREATE INTERIM STATEMENTS AT YOUR CONVENIENCE BY LOGGING INTO BMS7.COM, CLICKING ON THE BANKING TAB AND FOLLOWING A FEW SIMPLE STEPS. FOR MORE DETAILS ABOUT THIS OR TO DISCUSS OTHER BANKING NEEDS, PLEASE CONTACT THE BMS BANKING CENTER AT (800) 634-7734, OPTION 8, MONDAY-FRIDAY FROM 8AM TO 8PM ET OR EMAIL BMSBANKINGCENTER@BMS7.COM.

**As of March 31, 2011, the funds for this case were on deposit in the following institutions as shown below:**
Citi                                                $0.00
**Grand Total:**                         **$0.00**

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
March 1 - March 31, 2011

10-70148
**PELISEK, ROBERT A., DEBTOR**
JAMES E STEVENS (0000330420)

## CHECKING ACCOUNT SUMMARY
Account No. 92005384552666

|  | Instances | Amount |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| Deposits and Additions | 1 | $10,001.17 |
| Withdrawals | 7 | $(10,001.17) |
| **Ending Balance** | 8 | $0.00 |

### TRANSACTION DETAIL

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/16 | TRANSFER FROM 0005384552665 |  | $10,001.17 | $10,001.17 |
| 03/18 | CHECK # 0000000102 | $(1,750.11) |  | $8,251.06 |
| 03/18 | CHECK # 0000000101 | $(1,630.00) |  | $6,621.06 |
| 03/23 | CHECK # 0000000104 | $(2,466.94) |  | $4,154.12 |
| 03/23 | CHECK # 0000000107 | $(2,327.60) |  | $1,826.52 |
| 03/23 | CHECK # 0000000103 | $(789.33) |  | $1,037.19 |
| 03/23 | CHECK # 0000000105 | $(584.06) |  | $453.13 |
| 03/28 | CHECK # 0000000106 | $(453.13) |  | $0.00 |
| **Totals** |  | $(10,001.17) | $10,001.17 |  |

(* Indicates a break in the check sequence)   **CHECKS PAID IN NUMERIC ORDER**

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 03/18 | $1,630.00 | 104 | 03/23 | $2,466.94 | 106 | 03/28 | $453.13 |
| 102 | 03/18 | $1,750.11 | 105 | 03/23 | $584.06 | 107 | 03/23 | $2,327.60 |
| 103 | 03/23 | $789.33 |  |  |  |  |  |  |

**Total Checks Paid:** $10,001.17

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413



BNY MELLON

**Statement Period**
March 1 - March 31, 2011

10-70148
PELISEK, ROBERT A., DEBTOR
JAMES E STEVENS (0000330420)

| MONEY MARKET ACCOUNT SUMMARY | | | Account No.92005384552665 |
|---|---|---|---|
| | **Instances** | | **Amount** |
| **Beginning Balance** | | | $10,001.13 |
| Deposits and Additions | 1 | | $0.04 |
| Withdrawals | 1 | | $(10,001.17) |
| **Ending Balance** | 2 | ACCOUNT CLOSED | $0.00 |
| Interest Paid This Period | | | $0.04 |
| Interest Paid YTD | | | $0.19 |
| Interest Rate As Of 03/31/2011** | | | 0.01% |

**The interest rate shown above is the rate in effect as of the end of the statement cycle. Different interest rates may apply during a statement cycle as explained in your Deposit Agreement and Disclosure Statement.

| TRANSACTION DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Description** | **Debits** | **Credits** | **Balance** |
| 03/16 | TRANSFER TO 0005384552666 | $(10,001.17) | | $(0.04) |
| 03/16 | MTD INT POSTED TRANS 03/16/2011 | | $0.04 | $0.00 |
| **Totals** | | $(10,001.17) | $0.04 | |

**As of March 31, 2011, the funds for this account were on deposit in the following institutions as shown below:**
Citi                                $0.00
**Grand Total:**                    **$0.00**

**Check Number: 101          Pay Date: 03/18/2011  Amount: $1,630.00**



**Check Number: 102          Pay Date: 03/18/2011  Amount: $1,750.11**

**Check Number: 103    Pay Date: 03/23/2011    Amount: $789.33**



**Check Number: 104    Pay Date: 03/23/2011    Amount: $2,466.94**

**Check Number: 105**        **Pay Date: 03/23/2011    Amount: $584.06**



**Check Number: 106**        **Pay Date: 03/28/2011    Amount: $453.13**

**Check Number:** 107    **Pay Date:** 03/23/2011    **Amount:** $2,327.60

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0513, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    107
60-249/433

| Case | Debtor |
|---|---|
| 10-70148 MB | PELISEK, ROBERT A. |
| 92005384552666 | PELISEK, DEBRA E. |

Dividend paid - 7.59% on $30,653.39; Claim# 5; Filed: $30,653.39; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 03/17/2011    $ *******2,327.60

---Two Thousand Three Hundred Twenty-Seven Dollars and 60/100

Pay to the Order of:
Fia Card Services, NA/Bank of America
by American Infosource Lp As Its Agent
PO Box 248809
Oklahoma City OK 73124-8809

JAMES E. STEVENS, Trustee

⑈000000107⑈ ⑆043302493⑆ 9200538455 2666⑈

CREDIT WITHIN NAMED PAYEE